# EXHIBIT 1



# OKLAHOMA
### State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR GRADY COUNTY, OKLAHOMA

| | |
|---|---|
| CHOCTAW ROAD SHOPPING CENTER LLC V. STATE AUTO PROPERTY & CASUALTY | No. CJ-2019-00179<br>(Civil relief more than $10,000: BREACH OF CONTRACT ($10,001 OR MORE) )<br><br>Filed: 06/28/2019<br><br>Judge: KIRKLAND, KORY S. |

## PARTIES

STATE AUTO PROPERTY & CASUALTY, Defendant
CHOCTAW ROAD SHOPPING CENTER LLC, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| NEVARD, DONALD B.<br>DERRYBERRY QUIGLEY SOLOMON & NAIFEH<br>4800 N LINCOLN BLVD.<br>OKLAHOMA CITY , OK 73105-3300 | |
| MCCALEB, STEPHEN<br>DERRYBERRY & NAIFEH<br>4800 N. LINCOLN BLVD<br>OKLAHOMA CITY , OK 73105 | |

## EVENTS

None

## ISSUES

1. BREACH OF CONTRACT ($10,001 OR MORE)

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-28-2019 | | PETITION<br>Document Available (#CC19062800000443) 📄TIFF 📄PDF | | | $ 163.00 |
| | | LAW LIBRARY | | | $ 6.00 |
| | | DISPUTE MEDIATION | | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND - EFFECTIVE 1-1-2005 | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| 06-28-2019 | | SUMMONS FEE TO ISSUE - STATE AUTO PROPERTY & CASUALTY<br>Document Available (#CC19062800000397) 📄TIFF 📄PDF | | | $ 10.00 |
| | | INSURANCE COMPANY | | | |
| 06-28-2019 | | ENTRY OF APPEARANCE - STEPHEN L. MCCALEB<br>Document Available (#CC19062800000438) 📄TIFF 📄PDF | | | |
| 06-28-2019 | | ENTRY OF APPEARANCE - DONALD B. NEVARD<br>Document Available (#CC19062800000437) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-10-2019 | | PROOF OF SERVICE BY CERTIFIED MAIL<br>Document Available (#CC19071000000110) 📄TIFF  📄PDF | | | |